# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

YEEDI TECHNOLOGY LIMITED,

Plaintiff,

v.

SHENZHEN SHERMON TECHNOLOGY CO., LIMITED,

Defendant.

Case No. 2:26-cv-01869

**COMPLAINT SEEKING DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**

DEMAND FOR JURY TRIAL

Plaintiff Yeedi Technology Limited ("Yeedi"), by and through its undersigned counsel, files this Complaint against Shenzhen Shermon Technology Co., Limited ("Shermon" or "Defendant"), and hereby alleges as follows:

## THE PARTIES

1.      Yeedi Technology Limited is a corporation organized and existing under the laws of the People's Republic of China, having a principal place of business at Room 1202, Capitol Centre, 5-19 Jardine's Bazaar, Causeway Bay, Hong Kong SAR, China.  Yeedi sells products to the customers in the State of Washington, including in this District, and warehouses products, including the Yeedi M14 Plus White Robot Vacuum and Mop, at a warehouse located at 3300 Hogum Bay Rd. NE, Lacey, Washington 98516.

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

2.      Upon information and belief, Defendant Shenzhen Shermon Technology Co., Limited is a company organized and existing under the laws of the People's Republic of China. Upon information and belief, Shermon has a place of business at Room A1008, Building 2, Phase 2, South China International Printing, Paper, Packaging and Logistics Zone, No. 1 Huanan Avenue, Hehua Community, Pinghu Street, Longgang District, Shenzhen, China.

### NATURE OF THE ACTION

3.      This action arises under the Declaratory Judgment Act, 28 U.S.C. §2201 *et seq.*, the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and the laws of the State of Washington. Yeedi seeks a declaratory judgment that the claims of U.S. Patent No. 11,503,975 are invalid, a declaratory judgment of noninfringement of U.S. Patent No. 11,503,975, damages for Shermon's tortious conduct, and any other form of relief that this Court may deem appropriate.

4.      This relief is necessary because Shermon obtained removal of the Yeedi M14 Plus White Robot Vacuum and Mop from the Amazon marketplace by contending that the product infringes U.S. Patent No. 11,503,975.

### JURISDICTION AND VENUE

5.      This action arises under the Declaratory Judgment Act, 28 U.S.C. §2201 *et seq.*, the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and the laws of the State of Washington.

6.      This Court has subject matter jurisdiction over the federal law claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. § 1367(a).

8.      This Court has personal jurisdiction over Shermon.  Upon information and belief, Shermon has continuous and systematic contacts in this District, including by selling its products throughout the United States, including in this District.  Shermon sells various products, including wet dry vacuums, under different brand names, including but not limited to Maircle and Moosoo. *See, e.g.*, https://shermontech.en.alibaba.com/ (attached as Exhibit A); *see also* Exhibit B

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

(Shermon's submission to Amazon identifying Maircle as one of Shermon's brands). Shermon sells these products throughout the United States, including on the Amazon website.

9.    Moreover, Shermon has purposefully availed itself of the laws of the United States and has directed the enforcement of a United States patent in this District by seeking to enforce the purported rights conferred under U.S. Patent No. 11,503,975 to prevent the sales of Plaintiff's products in the United States, including in this District. Shermon's use of a United States patent to prevent the sales of Plaintiff's products in the United States, including in this District, renders Shermon amenable to the jurisdiction of this Court and does not offend traditional notions of fair play and substantial justice.

10.    Shermon sent the alleged infringement notice at issue to Amazon, whose principal place of business is in this forum (specifically, 410 Terry Avenue North, Seattle, Washington, 98109). Shermon's notice letter was purposefully directed to affect Yeedi's sales of the M14 Plus White Robot Vacuum and Mop in the United States, including in this District, by seeking to enforce a U.S. patent. Shermon's actions were necessarily intended to, and did, affect sales in this District, for example, as Yeedi sells and warehouses the product in this District. By seeking to enforce the purported rights conferred under U.S. Patent No. 11,503,975 to prevent the sales of Plaintiff's products in this District, Shermon has purposefully availed itself of conducting business in this District. Shermon has established sufficient minimum contacts.

11.    In addition, Shermon agreed to the jurisdiction of this Court in its submission to Amazon, stating that "[p]articipants agree to the jurisdiction and venue of the federal and state courts located in King County, Seattle, Washington." *See* Exhibit B. The causes of action in this Complaint, including the unfair competition and tortious interference claims, arise out this submission by Shermon to Amazon.

12.    Alternatively, Shermon is subject to personal jurisdiction in this Court pursuant to Federal Rule of Civil Procedure 4(k)(2) as (1) Plaintiff's claims arise under federal law; (2) Shermon is a foreign defendant not subject to general personal jurisdiction in the courts of any

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

state; and (3) Shermon has sufficient contacts with the United States as a whole, including, but not limited to, seeking to enforce the purported rights conferred under U.S. Patent No. 11,503,975 to prevent the sales of Plaintiff's products in the United States, and manufacturing, importing, offering to sell, and/or selling products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Shermon satisfies due process.

13.     Venue is similarly proper in this District under 28 U.S.C. § 1391(b) at least because a substantial part of the events giving rise to this Complaint occurred here, including also the fact that Shermon's actions were targeted at a Yeedi product sold and warehoused in this District. Alternatively, venue is proper in this District pursuant to 28 U.S.C. § 1391(c)(3), as Defendant is not a resident of the United States and may be sued in any judicial district.

## FACTUAL BACKGROUND

14.     After inventing its first vacuum, Yeedi's parent company—Ecovacs Robotics Co., Ltd. ("Ecovacs")—was founded in 1998.  Since then, Ecovacs has generated hundreds of patents for electronic home devices and sold millions of products worldwide, becoming a leader in home technology innovation.

15.     In 2019, Ecovacs founded its American entity—Tineco Intelligent, Inc.—as part of an effort to begin selling its wet dry vacuums in the United States.  Tineco Intelligent, Inc. is based in Seattle, Washington, and is a sister company of Yeedi.

16.     On or about April 29, 2026, Shermon wrote to Amazon contending that a Yeedi product listed on Amazon's website infringed U.S. Patent No. 11,503,975 (the "'975 Patent").

17.     The '975 Patent, titled "Dry-Wet Separation Cleaning Floor Brush," issued on November 22, 2022 from an application filed with the United States Patent Office on March 27, 2020.  The '975 Patent purports to claim priority to Japanese Patent Application No. JP 2020-055351, dated March 26, 2020.  Shermon is identified as the current assignee of the '975 Patent on its face.  A copy of the '975 Patent is attached as Exhibit C.

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

18.     In its allegations submitted to Amazon, Shermon alleged that the Yeedi M14 Plus White Robot Vacuum and Mop listed on Amazon's marketplace infringed at least claim 1 of Shermon's '975 Patent.  A copy of Shermon's submission to Amazon, including "Exhibit 1: Patent Owner-Supplied Information," is attached as Exhibit B.

19.     The Amazon Standard Identification Number ("ASIN") for the Yeedi M14 Plus White Robot Vacuum and Mop is B0F187JZBJ.  Prior to May 22, 2026, this product was available for purchase by consumers in the United States, including in this District, via the Amazon website marketplace.

20.     Amazon created the Amazon Patent Evaluation Express Procedure ("APEX"), whereby patent holders may seek to have products removed from Amazon that allegedly infringe their patents.  A patent holder may initiate the APEX procedure by filing a notice of infringement with Amazon that identifies the products at issue and the property rights that such products allegedly violate.  A patent holder does not need to submit any specific evidence to support its allegation.  Nor does a patent holder need to obtain a court order before going to Amazon.  A patent holder simply must affirm that it owns and has the right to enforce the identified patent, and that it believes the identified products infringe the asserted patent.

21.     The APEX procedure is an extra-judicial process that does not allow for discovery, trial, or hearing.  There are very few defenses available to a seller, like Yeedi, caught up in Amazon's patent tribunal.  The evaluator may decide for the seller only if:  the accused products do not infringe the assert patent; a court has found the asserted patent claim invalid or unenforceable; or the accused products (or physically identical products) were on sale more than one year before the earliest effective filing date of the asserted patent.  A seller may not raise before an Amazon evaluator the defense that the asserted patent is invalid under any other basis.  Moreover, the losing party in the APEX procedure is required to pay the cost of the proceedings, which is $4,000.

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

22.    In all events, if Amazon's evaluator concludes that a seller's product infringes a patent, Amazon may remove those products from its marketplace.

23.    On April 30, 2026, Amazon notified Yeedi about Shermon's notice.

24.    Without any evaluation of the merits, on May 22, 2026, Amazon sent a notice informing Yeedi that Amazon had delisted the Yeedi M14 Plus White Robot Vacuum and Mop (ASIN B0F187JZBJ) from its website marketplace.

25.    Due to Shermon's notice of infringement, the Yeedi M14 Plus White Robot Vacuum and Mop has been removed from the Amazon website marketplace.

### COUNT I: NON-INFRINGEMENT OF U.S. PATENT NO. 11,503,975

26.    Yeedi repeats and realleges each and every allegation contained in Paragraphs 1 through 25 as though fully set forth herein.

27.    Shermon purports to be the owner of the '975 Patent with all right, title, and interest thereto.

28.    In its notice to Amazon, Shermon alleged that the Yeedi M14 Plus White Robot Vacuum and Mop infringes at least claim 1 of the '975 Patent.

29.    The Yeedi M14 Plus Robot Vacuum and Mop product does not practice claim 1 of the '975 Patent, or any other claim of the '975 Patent, at least because it does not have "a partition plate dividing the inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other" or "the soft roller brush is partially contained in the second storage chamber and is movably connected to the housing," as required by independent claims 1, 9, and 16—and thus every claim—of the '975 patent.

30.    Accordingly, Yeedi has not infringed and does not infringe claim 1 of the '975 Patent, or any other claim of the '975 Patent.

31.    An actual and justiciable controversy therefore exists between Yeedi and Shermon regarding whether Yeedi has infringed the claims of the '975 Patent.

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 6

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

32.    A judicial declaration is necessary to determine the parties' respective rights regarding the '975 Patent.

33.    Yeedi is entitled to a judgment declaring that it has not infringed and does not infringe any claim of the '975 Patent.

### COUNT II: INVALIDITY OF U.S. PATENT NO. 11,503,975

34.    Yeedi repeats and realleges each and every allegation contained in Paragraphs 1 through 33 as though fully set forth herein.

35.    Shermon purports to be the owner of the '975 Patent with all right, title, and interest thereto.

36.    The claims of the '975 Patent are invalid under 35 U.S.C. § 102 and/or § 103 in view of the prior art, including at least Chinese publication number CN108606730A (published on October 2, 2018), Chinese publication number CN201127577Y (published on October 8, 2008), Chinese publication number CN110338718A (published on October 18, 2019), and Chinese publication number CN109589053A (published April 9, 2019).

37.    The claims of the '975 Patent are invalid for failure to satisfy the requirements of 35 U.S.C. § 112.  For example, at least the following claim terms are indefinite: "stiff roller brush," "soft roller brush," and "a partition plate dividing the inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other."

38.    An actual and justiciable controversy therefore exists between Yeedi and Shermon regarding the validity of the claims of the '975 Patent.

39.    A judicial declaration is necessary to determine the parties' respective rights regarding the '975 Patent.

40.    Yeedi is entitled to a judgment declaring that the claims of the '975 Patent are invalid under 35 U.S.C. §§ 102, 103, and/or 112.

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 7

### COUNT III: UNFAIR COMPETITION

41.    Yeedi repeats and realleges each and every allegation contained in Paragraphs 1 through 40 as though fully set forth herein.

42.    Shermon's actions with Amazon regarding the Yeedi M14 Plus White Robot Vacuum and Mop amounted to unfair or deceptive acts or practices that occurred in commerce. Shermon's improper conduct both negatively impacted the public interest, and also caused injuries to Yeedi.

43.    Shermon therefore engaged in unfair competition in violation of Washington's Consumer Protection Act.  Wash. Rev. Code § 19.86.020 *et seq*.

### COUNT IV: TORTIOUS INTERFERENCE

44.    Yeedi repeats and realleges each and every allegation contained in Paragraphs 1 through 43 as though fully set forth herein.

45.    Shermon knowingly and intentionally interfered with Yeedi's valid business expectancies with Amazon and its users by wrongly filing an unsubstantiated notice of infringement with Amazon.  Shermon's intentional interference directly led to the termination of those expectancies by causing Amazon to remove the Yeedi M14 Plus White Robot Vacuum and Mop from the marketplace.  Shermon did so for an improper purpose and with improper means. And Shermon's improper actions resulted in damages for Yeedi.

46.    Shermon therefore committed tortious interference with Yeedi's business expectancies in violation of Washington state law.

### PRAYER FOR RELIEF

WHEREFORE, Yeedi respectfully requests that judgment be entered in its favor and against Shermon, and prays that the Court grant the following relief:

1.    A judgment declaring that the claims of the '975 Patent are invalid;

2.    A judgment declaring that Yeedi has not infringed and does not infringe any claim of the '975 Patent;

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 8

3.    Damages sufficient to compensate Yeedi for Shermon's tortious conduct;

4.    A declaration that this case is exceptional under 35 U.S.C. § 285 and an award of the reasonable attorney's fees, costs, and expenses incurred by Yeedi in this action;

5.    An order awarding Yeedi its costs of suit incurred in this action; and

6.    Such other and future relief as this Court may deem just and proper.

DATED this 29th day of May, 2026.

BYRNES KELLER CROMWELL LLP


By /s/ Keith D. Petrak
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone:  (206) 622-2000
kpetrak@byrneskeller.com

JONES DAY

David M. Maiorana (*pro hac vice forthcoming*)
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dmaiorana@jonesday.com

Matthew J. Hertko (*pro hac vice forthcoming*)
Marc S. Blackman (*pro hac vice forthcoming*)
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
mhertko@jonesday.com
msblackman@jonesday.com

***Counsel for Plaintiff Yeedi Technology Limited***

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 9

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Civil L.R. 38, Yeedi hereby demands a trial by jury on all issues and claims so triable.

BYRNES KELLER CROMWELL LLP


By /s/ Keith D. Petrak
Keith D. Petrak, WSBA #19159
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Phone:  (206) 622-2000
kpetrak@byrneskeller.com

JONES DAY

David M. Maiorana (*pro hac vice forthcoming*)
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212
dmaiorana@jonesday.com

Matthew J. Hertko (*pro hac vice forthcoming*)
Marc S. Blackman (*pro hac vice forthcoming*)
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
mhertko@jonesday.com
msblackman@jonesday.com

***Counsel For Plaintiff Yeedi Technology Limited***

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 10

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 29th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

DATED this 29th day of May, 2026.

/s/ Keith D. Petrak
Keith D. Petrak, WSBA # 19159
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
kpetrak@byrneskeller.com

**Counsel For Plaintiff Yeedi Technology Limited**

COMPLAINT SEEKING DECLARATORY
JUDGMENT OF NON-INFRINGEMENT AND
INVALIDITY (NO. 2:26-cv-01869) - 11

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

# EXHIBIT A



# OEM ODM Spot Cleaners



## CHOOSE YOUR LANGUAGE

High quality is our obligation!







| | | | | |
|---|---|---|---|---|
| **Motor** |  Brush | Brushless | **Color/ Surface treatment** |  |
| **Brush** | | | **LOGO** | |
| **Accessories** | | | **Packaging** | |

## Gold Supplier

**Warmly welcome to discuss OEM ODM Business!**

**FREE SAMPLES!**
**FREE CUSTOMIZED SOLUTIONS!**

## CONTACT US!



Contact Supplier

Chat Now!



**Shermon-Vacuum Cleaner Manufacturer**
Superior Quality Standard and Quality assured
Certificated : CE, FCC, CB, ISO 9001. Alibaba
Verified Supplier.

**1=> Major Product Range:**
Vacuum cleaners, Wet dry vacuum cleaners, Spot cleaners, Robot vacuum cleaners, Car Vacuum cleaners, Steam Cleaner, Steam mop, Steam Iron, Electric Shaver, High speed hair dryers
**2=>Existing Markets:** USA, Europe, Middle-Ease, East Asia, Southeast Asia
**3=>Number of staff:** 150~200
**4=>Sample Making Time:** 7-10 days
**5=>Production Lead Time:** 25-35 days
**6=>Monthly Production Capacity:** 100,000pcs

Choosing the right supplier is a necessary condition for success

## TOP SALE > VACUUM CLEANER

High quality is our obligation!







MAIRCLE S7 Cordless Vacuum Cl...
$49.90-52 / piece

Multifunction Vacuum Cleaner Cordless ...
$56-72.50 / piece

Moosoo S5Mate V15 Detect Abso...
$47.90-57 / piece

Home    Products ⌄    Company profile ⌄    Contacts


Contact Supplier

Chat Now!



### Self-developed Cyclone Technology

**5-stage Fully Sealed Filtration No Hepa cleaning, No Suction Fades**



### Tangle-Free Technology

**V-shaped roller brush**



### Intelligent LED Headlight

**Show dust more clearly**


MOOSOO TD1Mate Cordless Vacu...
$56~72.50 / piece


MAIRCLE S7 Cordless Vacuum Cle...
$49.90~52 / piece


Versatile Stick Vac S5NA Handheld...
$40.50~52 / piece


Moosoo S5Mate Cordless Vacuum ...
$57 / piece

Home     Products ∨     Company profile ∨     Contacts





420W New Screen Touch Buttons ...
$58-59 / piece



Multifunctional 45Kpa Suction Rec...
$54 / piece



Factory Manufacturer S7 Stick Cor...
$52-53 / piece



New Arrival S7 Cordless Stick Vacu...
$57-58 / piece



Handheld Wireless Bagless Cyclon...
$34-46 / piece



L12 Cordless Handheld Vacuum Cl...
$33.50-44 / piece



MOOSOO YC1 120W BLDC 2600m...
$41-53 / piece



MOOSOO Wireless Vacuum and M...
$45-53 / piece



MOOSOO M4 Wet and Dry Rechar...
$22.50 / piece



12000Pa/100W Powerful Suction E...
$28.30-29.80 / piece



Household Cleaner Electric Applia...
$13.80-16.50 / piece



MOOSOO D600 Factory Price 500...
$16.80-19.80 / piece



Wet and Dry Washer Floor Water W...
$121-132 / piece



Hot Selling F2.1 Smart Portable We...
$104 / piece



Factory OEM ODM F1 Slim Wet and...
$82-84 / piece



Maircle 3-in-1 Powerful Bagless Dr...
$60.50-62.50 / piece

Home     Products ⌄     Company profile ⌄     Contacts





Moosoo H6 Multi-Purpose Carpet ...
$29-35 / piece



DY-503AC Factory Price Wet and D...
$37-38.20 / piece



New Arrival DY-507 Steam Spot Cl...
$56-57.50 / piece



SC-052A Instant Heating and Stea...
$51.50-53 / piece



3.5L Dust Bag Robot Vacuum Cleaner 5 Pr...
$222 / piece



20000 Pa Robot Vacuum Mop Robot Vacu...
$222 / piece



Floor Cleaning Robot Vacuum Robot Aspir...
$109.50 / piece

Hair Care and Styling



MOOSOO H2 Hair Dryer

High Speed
Low Noise
IonicSilkRevolution

Contact Supplier

Chat Now!



Home    Products ⌄    Company profile ⌄    Contacts



## Haircare Essential!

200 million negative ions lock in water and prevent frizz.
360° rotating magnetic nozzle.

✨ Key Features:

🔥 Powerful & Fast Drying
💧 Ionic Technology for Silky Smooth Hair
🌈 Lightweight & Ergonomic Design

Contact Supplier

Chat Now!

## HOT-SELLING>HAIR DRYER & PERSONAL CARE

High quality is our obligation!



Best Quality High Speed Hair Dryer...
$26 / piece



Professional Hair Dryer Mini High S...
$26–31.06 / piece



Feike Ionic 1800W High Speed Air ...
$26 / piece



New Generation H3 LED Display S...
$21.50–29.50 / piece

Home    Products ⌄    Company profile ⌄    Contacts

## About US

Shenzhen Shermon Technology Co., Ltd. was founded in 2014 and is a leading enterprise specializing in the R&D, manufacturing, and sales of cleaning appliances. Represented by vacuum cleaners, our main product line includes cordless vacuum cleaner, corded vacuum cleaner, handheld vacuum cleaners, wet and dry vacuum cleaner, robotic vacuum cleaner, spot cleaner, steam cleaner, steam mop, and other cleaning appliances, as well as high-speed hair dryers and other home appliances.

We focus on providing professional OEM/ODM services, offering a complete solution from product design and mold development to mass production. Our dedicated R&D team independently handles mold development and product design, and we hold multiple patents to ensure product uniqueness and technological competitiveness. We have obtained product certifications such as CE, RoHS, FCC, and ETL, as well as system certifications including ISO9001, ISO14001, and BSCI, providing strong assurance for product quality and sustainable development.

Our factory features a modern standardized workshop spanning over 8,000 square meters, equipped with 5 automated assembly lines and a dedicated product testing area, with a monthly production capacity exceeding 80,000pcs products. With well-established supply chain management and a stringent quality control system, we are able to offer cost-effective products and reliable after-sales support. We are committed to becoming a trusted long-term partner for global wholesalers, brand owners, and distributors through innovative design, stringent quality, and prompt responsiveness. Welcome inquiries regarding samples, customization, and collaboration discussions.

  


Contact Supplier
Chat Now!

Home    Products ⌄    Company profile ⌄    Contacts

## Our Exhibitions

VIEW MORE












Home     Products ⌄     Company profile ⌄     Contacts

# Certification



   

   


Contact Supplier

Chat Now!

## Our Brand



## Cooperative Partner

>>>>>>>>     **Cooperative Partner**     <<<<<<<<

   



Home     Products ∨     Company profile ∨     Contacts



## ADVANTAGE

Provide high-resolution image, video
social media support etc related
360 marketing supporting

High-resolution image to show product features
High quality vidoe to present product to end user
Influencer resource and social media resource to help boost sales



Contact Supplier

Chat Now!


Facebook


YouTube


Instagram


LinkedIn

Home     Products ⌄     Company profile ⌄     Contacts

## Customer Review




Contact Supplier

Chat Now!

### Verified Main Products

| | | | | |
|---|---|---|---|---|
| Main product ● certified | Main product ● certified | Main product ● certified | Main product ● certified | Main product DOC ● |
| Factory OEM ODM F1 Slim Wet and Dry Vacuu... | H6 Carpet Sofa Spot Vacuum Cleaner Electri... | DY-503AC Factory Price Wet and Dry Vacuum... | MOOSOO TD1Mate 420W Best-selling Portable... | MAIRCLE S7 Cordless Vacuum Cleaner Shark... |
| 7 sold | 302 sold | 553 sold | 473 sold | 715 sold |
| Main product | Main product DOC | Main product | Main product ● certified | Main product ● certified |
| Revair Reverse Fentgo High Speed Ionic Hair... | MOOSOO 1800W ST1800 Portable Steam Iron... | MOOSOO 8G Waterproof Rechargeable Shaving... | F1 200W 16000Pa 750ml Clean Water Tank 720m... | Moosoo S5Mate Cordless Vacuum... |
| 6 sold | 20 sold | 30 sold | 902 sold | 525 sold |

by SGS Group ⓘ

### Why choose us

Home    Products ⌄    Company profile ⌄    Contacts

**Design-based customization**

The data is from past contract of the latest inspection report as assessed by independent third parties.

**Full customization**

The data is from past contract of the latest inspection report as assessed by independent third parties.

**International warehouses(1)**

Suppliers with overseas warehouses, as assessed by independent third parties.

**Patents awarded (2)**

The data is from the latest inspection report assessed by independent third parties

Shenzhen Shermon Technology Co,Limited was founded in 2014, on Shenzhen, the city of innovation of China. Shermontech has 8 years of experience in production and export, it is mainly engaged in Stick Vacuum Cleaners, Dry Wet Vacuum Cleaner and Hair Dryer.

Founded in 2020    11 - 50 People    95.9% Quick Response Rate    Below 1,000 square meters    1 customers    5 exhibitions

## COMPANY INTRODUCTION

Verification Type:    Verified Supplier Assessment    🏠 Onsite Check

**Country / Region:**
Guangdong, China

**Year Established:**
2020

**Business Type:**
Multispecialty Supplier

**Main Products:**
Vacuum cleaner, Robot cleaner, St...

**Main Markets:**
North America, Southeast Asia, N...

**Total Annual Revenue:**
Confidential





✉ Contact Supplier    Start Order    Learn more about us >

**Get support**

Help Center

Live chat

Check order status

Refunds

Report abuse

**Trade Assurance**

Safe and easy payments

Money-back policy

On-time shipping

After-sales protections

Product monitoring services

**Source on Alibaba.com**

Request for Quotation

Membership program

Alibaba.com Logistics

Sales tax and VAT

Alibaba.com Reads

**Sell on Alibaba.com**

Start selling

Seller Central

Become a Verified Supplier

Partnerships

Download the app for suppliers

**Get to know us**

About Alibaba.com

Corporate responsibility

News center

Careers

Trade on the go with the **Alibaba.com app**

AliExpress | 1688.com | Tmall Taobao World | Alipay | Lazada | Taobao Global

Policies and rules · Legal Notice · Product Listing Policy · Intellectual Property Protection · Privacy Policy · Terms of Use · Integrity Compliance

© 1999-2026 Alibaba.com. All rights reserved.    浙公网安备 33010002000092号    浙B2-20120091-4

# EXHIBIT B

## Amazon Patent Evaluation Express Agreement

This Amazon Patent Evaluation Express (APEX) Agreement ("Agreement") is between the Patent Owner (or Patent Owner's authorized representative) listed in Exhibit 1 and the Seller or Sellers (or their authorized representative(s)) listed in Exhibit 2 (collectively, "Participants").

Amazon.com, Inc. ("Amazon") has developed the APEX Procedure ("Procedure") for owners of United States utility patents to obtain an evaluation of their patent infringement claims against products offered by third-party sellers on amazon.com ("Evaluation"). By executing this agreement, the Patent Owner represents and warrants that it owns or has the right to enforce the patent identified in Exhibit 1 ("Patent"), and asserts that listings identified by the Amazon Standard Identification Numbers ("ASINs") in Exhibit 1 ("Products") infringe the patent claim identified in Exhibit 1.

By respectively executing Exhibits 1 and 2, Patent Owner and Seller agree as follows:

1. **Following the Evaluation Procedure.** Patent Owner and Seller have reviewed and agree to comply with the Procedure, which is incorporated herein by reference. Patent Owner agrees to accurately complete Exhibit 1, and Seller agrees to accurately complete Exhibit 2. Both Exhibits 1 and 2 are incorporated herein by reference.

2. **Confidentiality; No Discovery.** Participants agree not to disclose to third parties information or documents learned from other Participants, Amazon, or Evaluator in the Evaluation, except to their respective affiliates, legal counsel or as required by law; provided, however, that the fact that an Accused Product and ASIN (identified in Exhibit 1) was either removed or not as a result of an Evaluation, and the identity of the patent claim in that Evaluation, shall not be considered confidential. Participants agree that receipt or disclosure of any information relating to patents in APEX may not be used in court or any agency proceeding to establish notice of patent infringement, knowledge of any patent, or to establish damages. Participants agree not to seek discovery from other Participants, Amazon, or Evaluator relating to the Evaluation in any litigation, arbitration, or agency proceeding.

3. **Waiver of Claims.** Participants acknowledge and agree that neither Amazon nor Evaluator shall be liable for any claims arising out of the Procedure or Evaluation, and Participants hereby waive any claims (including claims that are unknown or are based on activities that have not yet occurred) against Amazon or Evaluator relating to the Procedure or Evaluation; provided that, the foregoing shall not be deemed to waive any rights or claims of a Participant to receive a refund of amounts paid by a Participant that should be returned to a Participant pursuant to the rules of the Procedure. Participants agree that Amazon's liability to any Participant relating to the Evaluation is limited to any payment made by that Participant to the Evaluator. Participants agree not to sue Amazon or its affiliates for infringement of the Patent with respect to the ASINs listed on Exhibit 1 or materially identical products. Nothing in this Agreement shall limit a Participant's ability to sue any Seller or other third party for infringement of the Patent.

4. **Updating Participant's Information.** Contact during the Evaluation will occur through the email addresses listed in Exhibits 1 and 2. It is each Participant's responsibility to ensure that its email address and other information in Exhibits 1 and 2 remain accurate and current.

5. **General Matters.** This Agreement shall be governed by the laws of the state of Washington, USA, and Participants agree to the jurisdiction and venue of the federal and state courts located in King County, Seattle, Washington. Any dispute regarding this Agreement may be submitted to the Evaluator, and if not resolved by the Evaluator may only be resolved by Amazon, in its sole discretion. Participants may not assign their rights or obligations under this Agreement. This Agreement does not create any partnership or any fiduciary relationship between or among the Participants, the Evaluator and Amazon. No third party is intended to be a beneficiary of this Agreement, except that the parties agree and acknowledge that the Evaluator and Amazon are third- party beneficiaries of Sections 2 and 3 of this Agreement. This Agreement and the APEX Procedure are the entire agreement for the Evaluation and supersede any prior agreements related to the Evaluation.

V230202

**Exhibit 1: Patent Owner-Supplied Information**

Patent Owner name: Shenzhen Shermon Technology Co., Limited

Patent Owner physical address: Room A1008, Building 2, Phase 2, South China International Printing, Paper, Packaging and Logistics Zone, No. 1 Huanan Avenue, Hehua Community, Pinghu Street, Longgang District, Shenzhen, China

Names of any corporate parents, subsidiaries, or other entities related to Patent Owner:
Shareholder: Ningbo Meishan Bonded Port Area Yasa Equity Investment Partnership (Limited Partnership)
Shareholder: Shenzhen Mozhong Investment Consulting Partnership (Limited Partnership)
Licensee: HONGKONG STARSPLENDOR TECHNOLOGY CO., LIMITED

Name of individual contact for Patent Owner or Patent Owner's authorized representative:
Yi Yi

Is Patent Owner registered in Amazon's Brand Registry? If yes, please identify the brand(s) registered in Brand Registry: Maircle

Email Address for contact (this email address will be used by the Evaluator and Amazon for communications related to the Evaluation): yiyi@lawmayus.com

United States utility patent number ("Asserted Patent") for Evaluation: US 11,503,975 B2

Patent Claim number for Evaluation: Claim 1

Amazon Standard Identification Numbers (ASINs) of Accused Products:

| B0G4RK6OZX | B0F187JZBJ | B0FK2HPNCB | B0F6CWKBTN | B0FXG2BDTJ |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Signature: 王晓峰

Name:    Wang Xiaofeng

Title:    CEO

Date:    2024-04-29

V230202

**Exhibit 2: Seller-Supplied Information**

Seller name:

Seller physical address:

Names of any corporate parents, subsidiaries, or other entities related to Seller:

Name of individual contact for Seller or Seller's authorized representative:

Email Address for contact (this email address will be used by the Evaluator and Amazon for communications related to the Evaluation):

Amazon Standard Identification Numbers (ASINs) of Accused Products for which Seller will participate in the Evaluation:

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Signature: _____

Name: _____

Title: _____

Date: _____

V230202

# EXHIBIT C

US011503975B2

## (12) United States Patent
### Wang et al.

(10) **Patent No.:** **US 11,503,975 B2**
(45) **Date of Patent:** **Nov. 22, 2022**

(54) **DRY-WET SEPARATION CLEANING FLOOR BRUSH**

(71) Applicant: **Shenzhen Shermon Technology Co., Limited**, Shenzhen (CN)

(72) Inventors: **Xiaofeng Wang**, Shenzhen (CN); **Shangliu Liu**, Shenzhen (CN); **Chaoliang Ma**, Shenzhen (CN)

(73) Assignee: **SHENZHEN SHERMON TECHNOLOGY CO., LIMITED**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 341 days.

(21) Appl. No.: **16/831,864**

(22) Filed: **Mar. 27, 2020**

(65) **Prior Publication Data**

US 2021/0298555 A1 Sep. 30, 2021

(30) **Foreign Application Priority Data**

Mar. 26, 2020 (JP) .............................. JP2020-055351

(51) **Int. Cl.**
| | |
|---|---|
| *A47L 11/40* | (2006.01) |
| *A47L 7/00* | (2006.01) |
| *A47L 11/282* | (2006.01) |
| *A47L 11/292* | (2006.01) |

(52) **U.S. Cl.**
CPC ......... *A47L 11/4016* (2013.01); *A47L 7/0014* (2013.01); *A47L 7/0023* (2013.01); *A47L 11/282* (2013.01); *A47L 11/292* (2013.01); *A47L 11/4083* (2013.01); *A47L 2201/06* (2013.01)

(58) **Field of Classification Search**
CPC ..... A47L 11/40; A47L 11/4088; A47L 11/282
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0108210 A1* | 8/2002 | Kaffenberger | ........ | A47L 9/0416 |
| | | | | 15/387 |
| 2014/0173847 A1* | 6/2014 | Nguyen | .................. | A47L 11/34 |
| | | | | 15/322 |
| 2014/0345079 A1* | 11/2014 | Johnson | .............. | A47L 11/4088 |
| | | | | 15/322 |
| 2015/0082579 A1* | 3/2015 | Lin | ........................... | A47L 1/02 |
| | | | | 15/320 |
| 2018/0199785 A1* | 7/2018 | Farmer | ...................... | A47L 9/22 |
| 2021/0030229 A1* | 2/2021 | Jang | .................... | A47L 11/4013 |

\* cited by examiner

*Primary Examiner* — Michael D Jennings

(57) **ABSTRACT**

The present disclosure provides a dry-wet separation cleaning floor brush. The dry-wet separation cleaning floor brush includes a housing, a stiff roller brush and a soft roller brush, wherein the housing is provided with a partition plate dividing the inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other, wherein the stiff roller brush is partially contained in the first storage chamber and is movably connected to the housing, and the stiff roller brush partially protrudes the housing; and the soft roller brush is partially contained in the second storage chamber and movably connected to the housing, and the soft roller brush partially protrudes the housing.

**20 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

US 11,503,975 B2

1

# DRY-WET SEPARATION CLEANING FLOOR BRUSH

## BACKGROUND

### 1. Technical Field

The present invention relates to the technical field of cleaning robots, in particular to a dry-wet separation cleaning floor brush.

### 2. Description of Related Art

Some sweeping robots and vacuum cleaners now have three cleaning functions of sweeping, vacuuming and mopping simultaneously. The mopping function has high requirements for sweeping robots and vacuum cleaners. When performing mopping, the sweeping robot or vacuum cleaner first sprays the clean water from the water tank onto the ground, and then wipes the water on the ground with the duster cloth at the bottom of the sweeping robot or vacuum cleaner to clean the ground. Such cleaning method has the following disadvantages: 1. the duster cloth at the bottom of the sweeping robot and vacuum cleaner cannot be automatically cleaned, leading to poor cleaning effect; 2. the sweeping robot and vacuum cleaner cannot collect sewage, leading to poor cleaning effect; 3. some sweeping robots and vacuum cleaners are equipped with a box for collecting sewage, but the sewage is stored together with dust, which makes the box easily blocked.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a dry-wet separation cleaning floor brush according to the present invention.

FIG. **2** is a stereogram of a dry-wet separation cleaning floor brush according to the present invention.

FIG. **3** is a schematic diagram of a dry-wet separation cleaning floor brush installed on an external sweeping robot according to the present invention.

## DETAILED DESCRIPTION

In order to explain the technical scheme of the invention more clearly and completely, the present invention is further described below with reference to the drawings.

Referring to FIG. **1-3**, the present invention provides a dry-wet separation cleaning floor brush, the dry-wet separation cleaning floor brush includes a housing **10**, a stiff roller brush **20** and a soft roller brush **30**. The housing **10** is provided with a partition plate **11** dividing the inner part of the housing **10** into a first storage chamber **12** and a second storage chamber **13** which are disconnected to each other. The stiff roller brush **20** is partially contained in the first storage chamber **12** and is movably connected to the housing **10**, and the stiff roller brush **20** partially protrudes the housing **10**. The soft roller brush **30** is partially contained in the second storage chamber **13** and is movably connected to the housing **10**, and the soft roller brush **30** partially protrudes the housing **10**.

In this embodiment, the housing **10** is provided with a partition plate **11** dividing the inner part of the housing **10** into the first storage chamber **12** and the second storage chamber **13** which are disconnected to each other. The first storage chamber **12** is used for vacuuming and sweeping, and the second storage chamber **13** is used for mopping. The dry-wet separation cleaning floor brush can perform dry-wet

2

separation cleaning work by the partition plate **11**, so that vacuum cleaners or sweeping robots using the dry-wet separation cleaning floor brush can realize the dry-wet separation cleaning work.

Furthermore, the partition plate **11** is provided with a first curved portion **111** located between the stiff roller brush **20** and the soft roller brush **30**. The first curved portion **111** wraps the soft roller brush **30**.

In this embodiment, the first curved portion **111** bends and wraps the soft roller brush **30**, and the curved arc of the first curved portion **111** facilitates the passage of dust and small volume of garbage.

Furthermore, the first storage chamber **12** is provided with a vacuum cavity **121**, and the stiff roller brush **20** is partially contained in the vacuum cavity **121** and is movably connected to the housing **10**.

In this embodiment, the stiff roller brush **20** is rotatable relative to the housing **10**, and during operation, the stiff roller brush **20** is rotated clockwise to suck external dust and small volume of garbage into the vacuum chamber **121**.

Furthermore, the first storage chamber **12** is further provided with a dust collection cavity **123** and a dust passage **122** through which the vacuum cavity **121** is connected with the dust collection cavity **123**. The external dust is sucked into the vacuum cavity **121** by the rotation of the stiff roller brush **20**, and the external dust is stored in the dust collection cavity **123** through the dust passage **122**.

In this embodiment, the second storage chamber **13** is located between the vacuum cavity **121** and the dust collection cavity **123**. During operation, the stiff roller brush **20** is rotated clockwise and external dust and small volume of garbage is sucked into the vacuum cavity **121**. The external dust and small volume of garbage are subjected to the thrust generated by clockwise rotation of the stiff roller brush **20** after entering the vacuum cavity **121**, and the thrust generated by clockwise rotation of the stiff roller brush **20** will carry external dust and small volume of garbage through the dust passage **122** into the dust collection cavity **123** for storage, so that the dry-wet separation cleaning floor brush has two cleaning functions of sweeping and vacuuming.

Furthermore, the second storage chamber **13** is provided with a decontamination cavity **131**, and the soft roller brush **30** is partially contained in the decontamination cavity **131** and is movably connected to the housing **10**.

In this embodiment, the soft roller brush **30** can rotate relative to the housing **10**, and during operation, the soft roller brush **30** rotates to wipe the external floor for mopping, so as to clean the floor, thus enabling the dry-wet separation cleaning floor brush to have the cleaning function of mopping. The dry-wet separation cleaning floor brush has three cleaning functions of sweeping, vacuuming and mopping. The external vacuum cleaner or sweeping robot could have three cleaning functions of sweeping, vacuuming and mopping with this dry-wet separation cleaning floor brush. Compared with the current vacuum cleaners and sweeping robots, from which only the dust box could be dismantled, the dry-wet separation cleaning floor brush can be removed from the vacuum cleaner or sweeping robot as a whole, which is more convenient for cleaning and maintenance.

Furthermore, a wiping plate **14** matching the shape of the soft roller brush **30** is provided in the housing **10**. The wiping plate **14** is contained in the decontamination cavity **131** and is fixedly connected to the housing **10**. The wiping plate **14** abuts against the soft roller brush **30** and is partially immersed into the soft roller brush **30**.

In this embodiment, the wiping plate **14** abuts against the soft roller brush **30** and is partially immersed into the soft

US 11,503,975 B2

**3**

roller brush **30**. When the soft roller brush **30** rotates to perform mopping, the wiping plate **14** can scrape off the water from the soft roller brush **30** to clean the soft roller brush **30**, so that the cleaning effect of the soft roller brush **30** is improved.

Furthermore, the second storage chamber **13** is further provided with a sewage cavity **132** and a sewage inlet **133** through the decontamination cavity **131** is connected with the sewage cavity **132**. When the soft roller brush **30** rotates, the wiping plate **14** scrapes off the water from the soft roller brush **30**, and the water from the soft roller brush **30** enters the sewage cavity **132** through the sewage inlet **133** for storage.

In this embodiment, the dry-wet separation cleaning floor brush is provided with the sewage cavity **132** for storing sewage and the dust collection cavity **123** for storing dust and small volume of garbage. The housing **10** is further provided with the partition plate **11** to separate the dust collection cavity **123** and the sewage cavity **132** from each other, so as to ensure that the sewage inlet **133** won't be blocked by dust and small volume of garbage.

Furthermore, the wiping plate **14** is provided with a second curved portion **141** at an end of the wiping plate **14** close to the sewage inlet **133**, and the second curved portion **141** is recessed inward.

In this embodiment, when the soft roller brush **30** is rotated clockwise to work, the wiping plate **14** scraps off the water from the soft roller brush **30**, and the second curved portion **141** recessed inward won't cover the sewage inlet **133**. At this time, the water scraped off from the soft roller brush **30** is thrown forward by inertia, and the water scraped off from the soft roller brush **30** enters the sewage cavity **132** through the sewage inlet **133** for storage.

Furthermore, the second storage chamber **13** is further provided with a clean water cavity **134**. The dry-wet separation cleaning floor brush is further provided with a one-way water outlet valve **40**, which is connected with the clean water cavity **134**, and the water stored in the clean water cavity **134** flows from the one-way water outlet valve **40** to the soft roller brush **30**.

In this embodiment, the clean water cavity **134** is used to store clean water. When the soft roller brush **30** is rotated clockwise to work, the clean water stored in the clean water cavity **134** passes through the one-way water outlet valve **40** and flows onto the soft roller brush **30**. The clean water moistens the soft roller brush **30** so that the soft roller brush **30** has a better cleaning effect of mopping. After the soft roller brush **30** wipes the floor, the clean water becomes sewage, and then the sewage is scraped off from the soft roller brush **30** by the wiping plate **14**. The sewage is thrown forward due to inertia and then enters the sewage cavity **132** through the sewage inlet **133** for storage.

Furthermore, the housing **10** is further provided with a water inlet pipe **15**. One end of the water inlet pipe **15** is connected with the clean water cavity **134**, and the other end of the water inlet pipe **15** is flush with the housing **10**.

In this embodiment, the water inlet pipe **15** runs through the dust passage **122**. Clean water can be added to the clean water cavity **134** through the water inlet pipe **15**.

Apparently, the present invention may have various other embodiments. Based on this embodiment, other embodiments obtained by those skilled in the art without any creative labor shall fall within the protection scope of the present invention.

What is claimed is:

1. A dry-wet separation cleaning floor brush comprising a housing, a stiff roller brush and a soft roller brush, wherein

**4**

the housing is provided with a partition plate dividing the inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other, wherein the stiff roller brush is partially contained in the first storage chamber and is movably connected to the housing, and the stiff roller brush partially protrudes the housing; and the soft roller brush is partially contained in the second storage chamber and is movably connected to the housing, and the soft roller brush partially protrudes the housing;

wherein the first storage chamber is provided with a vacuum cavity, and the stiff roller brush is partially contained in the vacuum cavity and is movably connected to the housing; and

wherein the first storage chamber is further provided with a dust collection cavity and a dust passage through which the vacuum cavity is connected with the dust collection cavity, wherein external dust is sucked into the vacuum cavity by the rotation of the stiff roller brush, and external dust is stored in the dust collection cavity through the dust passage.

2. The dry-wet separation cleaning floor brush according to claim **1**, wherein the partition plate is provided with a first curved portion located between the stiff roller brush and the soft roller brush, wherein the first curved portion wraps the soft roller brush.

3. The dry-wet separation cleaning floor brush according to claim **1**, wherein the second storage chamber is provided with a decontamination cavity, wherein the soft roller brush is partially contained in the decontamination cavity and is movably connected to the housing.

4. The dry-wet separation cleaning floor brush according to claim **3**, wherein a wiping plate matching the shape of the soft roller brush is provided in the housing, wherein the wiping plate is contained in the decontamination cavity and is fixedly connected to the housing, and wherein the wiping plate abuts against the soft roller brush and is partially immersed into the soft roller brush.

5. The dry-wet separation cleaning floor brush according to claim **4**, wherein the second storage chamber is further provided with a sewage cavity and a sewage inlet through which the decontamination cavity is connected with the sewage cavity, and when the soft roller brush rotates, the wiping plate scrapes off water from the soft roller brush, and the water from the soft roller brush enters the sewage cavity through the sewage inlet for storage.

6. The dry-wet separation cleaning floor brush according to claim **5**, wherein the wiping plate is provided with a second curved portion at an end of the wiping plate close to the sewage inlet, and the second curved portion is recessed inward.

7. The dry-wet separation cleaning floor brush according to claim **1**, wherein the second storage chamber is further provided with a clean water cavity, and the dry-wet separation cleaning floor brush is further provided with a one-way water outlet valve, wherein the one-way water outlet valve is connected with the clean water cavity, and the water stored in the clean water cavity flows from the one-way water outlet valve to the soft roller brush.

8. The dry-wet separation cleaning floor brush according to claim **7**, wherein the housing is further provided with a water inlet pipe, wherein one end of the water inlet pipe is connected with the clean water cavity, and the other end of the water inlet pipe is flush with the housing.

9. A dry-wet separation cleaning floor brush comprising a housing, a stiff roller brush and a soft roller brush, wherein the housing is provided with a partition plate dividing the

US 11,503,975 B2

5

inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other, wherein the stiff roller brush is partially contained in the first storage chamber and is movably connected to the housing, and the stiff roller brush partially protrudes the housing; and the soft roller brush is partially contained in the second storage chamber and is movably connected to the housing, and the soft roller brush partially protrudes the housing;

wherein the second storage chamber is provided with a decontamination cavity, and the soft roller brush is partially contained in the decontamination cavity and is movably connected to the housing; and

wherein a wiping plate matching the shape of the soft roller brush is provided in the housing, wherein the wiping plate is contained in the decontamination cavity and is fixedly connected to the housing, and wherein the wiping plate abuts against the soft roller brush and is partially immersed into the soft roller brush.

10. The dry-wet separation cleaning floor brush according to claim 1, wherein the partition plate is provided with a first curved portion located between the stiff roller brush and the soft roller brush, wherein the first curved portion wraps the soft roller brush.

11. The dry-wet separation cleaning floor brush according to claim 9, wherein the first storage chamber is provided with a vacuum cavity, wherein the stiff roller brush is partially contained in the vacuum cavity and is movably connected to the housing.

12. The dry-wet separation cleaning floor brush according to claim 9, wherein the second storage chamber is further provided with a sewage cavity and a sewage inlet through which the decontamination cavity is connected with the sewage cavity, and when the soft roller brush rotates, the wiping plate scrapes off water from the soft roller brush, and the water from the soft roller brush enters the sewage cavity through the sewage inlet for storage.

13. The dry-wet separation cleaning floor brush according to claim 12, wherein the wiping plate is provided with a second curved portion at an end of the wiping plate close to the sewage inlet, and the second curved portion is recessed inward.

14. The dry-wet separation cleaning floor brush according to claim 9, wherein the second storage chamber is further provided with a clean water cavity, and the dry-wet separation cleaning floor brush is further provided with a one-way water outlet valve, wherein the one-way water outlet valve is connected with the clean water cavity, and the water

6

stored in the clean water cavity flows from the one-way water outlet valve to the soft roller brush.

15. The dry-wet separation cleaning floor brush according to claim 14, wherein the housing is further provided with a water inlet pipe, wherein one end of the water inlet pipe is connected with the clean water cavity, and the other end of the water inlet pipe is flush with the housing.

16. A dry-wet separation cleaning floor brush comprising a housing, a stiff roller brush and a soft roller brush, wherein the housing is provided with a partition plate dividing the inner part of the housing into a first storage chamber and a second storage chamber which are disconnected to each other, wherein the stiff roller brush is partially contained in the first storage chamber and is movably connected to the housing, and the stiff roller brush partially protrudes the housing; and the soft roller brush is partially contained in the second storage chamber and is movably connected to the housing, and the soft roller brush partially protrudes the housing; and

wherein the second storage chamber is further provided with a clean water cavity, and the dry-wet separation cleaning floor brush is further provided with a one-way water outlet valve, wherein the one-way water outlet valve is connected with the clean water cavity, and the water stored in the clean water cavity flows from the one-way water outlet valve to the soft roller brush.

17. The dry-wet separation cleaning floor brush according to claim 16, wherein the partition plate is provided with a first curved portion located between the stiff roller brush and the soft roller brush, wherein the first curved portion wraps the soft roller brush.

18. The dry-wet separation cleaning floor brush according to claim 16, wherein the first storage chamber is provided with a vacuum cavity, wherein the stiff roller brush is partially contained in the vacuum cavity and is movably connected to the housing.

19. The dry-wet separation cleaning floor brush according to claim 16, wherein the second storage chamber is provided with a decontamination cavity, wherein the soft roller brush is partially contained in the decontamination cavity and is movably connected to the housing.

20. The dry-wet separation cleaning floor brush according to claim 16, wherein the housing is further provided with a water inlet pipe, wherein one end of the water inlet pipe is connected with the clean water cavity, and the other end of the water inlet pipe is flush with the housing.

* * * * *